Robert W. Phelan, Esq. (RP-3825)
45 Broadway, 16th Floor
New York, NY 10006
(212) 509-9400

Attorneys for Plaintiff
Liberty Mutual Fire Insurance Company
as subrogee of Ronen Nissani

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 18 2006 ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, as subrogee of RONEN NISSANI,

                       Plaintiff,          Civil Action No: CV-05 3007 (JG)

     -against-               **DEFAULT JUDGMENT**

PC CONTRACTING CORP.,

                       Defendant.

----------------------------------------------------------X

    The Summons and Complaint in this action having been duly served on defendant, PC

Contracting Corp. on July 5, 2005 and said defendant having failed to plead or otherwise defend

in this action, and said default having been duly noted, and upon the annexed declaration of

default judgment.

    **NOW,** on motion of Robert W. Phelan, Esq. the attorney for the Plaintiff, Liberty

Mutual Fire Insurance Company as subrogee of Ronen Nissani it is hereby;

    **ORDERED AND ADJUDGED** that Plaintiff, Liberty Mutual Fire Insurance Company,

does recover of Defendant, PC Contracting Corp., residing at 103 Tahlulah Lane, West Islip,

New York, the sum of $360,846.00, plus interest at the legal rate in effect on the date of this

judgment; with $335.00 for costs and disbursements and, that the plaintiff, Liberty Mutual Fire

Insurance Company as subrogee of Ronen Nissani, have execution therefore.

*an amount to be determined by the assigned magistrate*
*judge, to whom the matter is referred for an R+R..*

By: <u>s/John Gleeson</u>

U.S.D.C. J

Dated: <u>2 - 10 -06</u>